Henry ALTMAN, Appellant, v. T. E. McCLINTOCK, Receiver, et al., Appellees.

Circuit Court of Appeals, Eighth Circuit. September 10, 1928.

No. 7887.

D. Avery Haggard and Joseph C. O'Mahoney, both of Cheyenne, Wyo., for appellant.

Thomas Hunter, of Cheyenne, Wyo., for appellees.

PER CURIAM. Appeal dismissed, per stipulation, without costs to either party in this court.

AMERICAN INSURANCE CO. OF NEWARK, Appellant, v. KAUFFMAN JEWELRY CO., Appellee.

Circuit Court of Appeals, Eighth Circuit. September 17, 1928.

No. 8226.

Pierce Butler, Jr., Charles Bunn, and E. G. Vaughan, all of St. Paul, Minn., for appellant.

Harry A. Hageman, of St. Paul, Minn., for appellee.

PER CURIAM. Appeal dismissed with prejudice, without costs to either party in this court, per stipulation of parties.

AMERICAN INSURANCE CO. OF NEWARK, Plaintiff in Error, v. KAUFFMAN JEWELRY CO., Defendant in Error.

Circuit Court of Appeals, Eighth Circuit. September 17, 1928.

No. 8227.

Pierce Butler, Jr., Charles Bunn, and E. G. Vaughan, all of St. Paul, Minn., for plaintiff in error.

Harry A. Hageman, of St. Paul, Minn., for defendant in error.

PER CURIAM. Writ of error dismissed with prejudice, without costs to either party in this court, per stipulation of parties.

Edgar Freeman ANDERSON, as Receiver of the First National Bank of Covington, Georgia, Appellant, v. William Bell Raiford PENNINGTON et al., Appellees.*

Circuit Court of Appeals, Fifth Circuit. October 23, 1928.

No. 5317.

Victor L. Smith, of Atlanta, Ga. (R. M. Tuck, of Covington, Ga., and Smith, Hammond & Smith, of Atlanta, Ga., on the brief), for appellant.

Marion Smith, of Atlanta, Ga., and Lamar C. Rucker, of Athens, Ga. (Little, Powell, Smith & Goldstein, of Atlanta, Ga., and A. S. Thurman, of Monticello, Ga., on the brief), for appellees.

Before WALKER and BRYAN, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM. For the reasons stated by the District Judge in his opinion in this case, published in Anderson v. Anderson, 23 F.(2d) 331, the decree appealed from is affirmed.

ARKANSAS PUBLIC SERVICE CO., Plaintiff in Error, v. Fred NORTHCROSS, Defendant in Error.

Circuit Court of Appeals, Eighth Circuit. April 25, 1928.

No. 8115.

Roscoe R. Lynn, of Little Rock, Ark., and John J. Nangle, of St. Louis, Mo., for plaintiff in error.

F. O. Butt, of Eureka Springs, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, with prejudice, at costs of plaintiff in error, per stipulation of parties.

*Rehearing denied December 19, 1928.